# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. Douglas Schottenstein, M.D.<br><br>    Plaintiff,<br><br>v.<br><br>ASPCA, et al.<br><br>    Defendants. | Case No.<br><br>Judge:<br><br>**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:<br><br>TIME:<br><br>JUDGE:<br><br>COURTROOM: |

Now comes Plaintiff, Dr. Douglas Schottenstein, M.D. hereby moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a temporary restraining order, for a preliminary injunction, and for an expedited hearing on the motion for a preliminary injunction. Plaintiff respectfully requests this court to issue a preliminary injunction ordering defendants to immediately return possession of his dog Ronny to him.

   A Memorandum in Support is attached hereto and incorporated herein.

/s/ Richard Bruce Rosenthal

_____

Richard Bruce Rosenthal
Federal Bar No. rb1834
545 E. Jericho Turnpike
Huntington Station, NY 11746
Tel:    (631) 629-8111
Cell:   (516) 319-0816
Fax:    (631) 691-8789
richard@thedoglawyer.com

Attorney for Plaintiff

1