UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. Douglas Schottenstein, M.D.<br><br>　　Plaintiff,<br><br>v.<br><br>ASPCA, et al.<br><br>　　Defendants. | Case No.<br><br>Judge:<br><br><br>**DECLARATION OF DR. DOUGLAS SCHOTTENSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I declare under penalty of perjury that the facts contained in Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction are true and correct to the best of my knowledge.

Executed this 25th day of November 2020, at New York, New York.

_____
Dr. Douglas Schottenstein, M.D.

1