UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Douglas Schottenstein, M.D.<br><br>      Plaintiff,<br><br>v.<br><br>ASPCA, et al.<br><br>      Defendants. | Case No.<br><br>Judge:<br><br>**PROPOSED TEMPORARY RESTRAINING ORDER** |

Upon the declaration/affidavit of Plaintiff Douglas Schottenstein, M.D., the plaintiff herein sworn to on the 25th day of November 25, 2020, and the declaration of RICHARD BRUCE ROSENTHAL, sworn to on the 25th day of November 25, 2020, and upon the APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN DEFENDANTS' DETENTION OF PLAINTIFF'S DOG RONNY, and the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and a copy of the COMPLAINT, all hereto annexed, it is,

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, ____, 2020 at ____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure requiring Defendant ASPCA to turn-over the dog Ronnie to its owner, the Plaintiff.  It is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P. Defendants are ordered to return Plaintiff's dog Ronny to his possession, and it is further

ORDERED that security in the amount of $ _____ be posted by the plaintiff prior to _____, 2020 at ___ o'clock in the _____ noon of that day, and it is further

ORDERED that personal service of a copy of this order and annexed declarations and papers upon which it was granted upon the defendants or their counsel on or before _____ o'clock in the _____ noon, April ____, 2020 shall be deemed good and sufficient service thereof.

DATED:  New York, New York
ISSUED:  _____

_____
United States District Judge

_____
Richard Bruce Rosenthal
Federal Bar No. rb1834
545 E. Jericho Turnpike
Huntington Station, NY 11746
Tel:    (631) 629-8111
Cell:   (516) 319-0816
Fax:    (631) 691-8789
richard@thedoglawyer.com

Attorney for Plaintiff