UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/20

Dr. Douglas Schottenstein,

        Plaintiff,

–v–

American Society for the Prevention of Cruelty to Animals (ASPCA), *et al.*,

        Defendants.

20-cv-9961 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff has filed an Application for a Temporary Restraining Order and a Motion for a Preliminary Injunction. Dkt. No. 3.

    Parties seeking a TRO or a preliminary injunction must comply with Federal Rule of Civil Procedure 65. Rule 65(b)(1) provides that a TRO may be issued "without written or oral notice to the adverse party or its attorney only if . . . specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Plaintiff has since filed an affidavit indicating that he has emailed Dkt. No. 1 and Dkt. No. 3 to Defendants, but he has not otherwise made a sufficient showing to justify this Court's entertaining of the motion before it has an opportunity to receive a response from the Defendants.

    By December 3, 2020, the parties shall meet and confer and propose a briefing schedule on Plaintiff's motion. Plaintiff is hereby ORDERED to serve this Order on all Defendants.

    SO ORDERED.

Dated: December 1, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge