UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2021
```

Dr. Douglas Schottenstein,

           Plaintiff,

–v–

American Society for the Prevention of Cruelty to Animals (ASPCA), *et al.*,

           Defendants.

20-cv-9961 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties' joint letter and proposed case management plan were due on February 5, 2021, *see* Dkt. No. 10. The Court has not received them. The parties are ordered to file their joint letter and proposed case management plan—and to respond to the Court's February 1, 2021 Order, *see* Dkt. No. 19—by February 9, 2021.

    SO ORDERED.

Dated: February 8, 2021
       New York, New York

                                ALISON J. NATHAN
                            United States District Judge